IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

REYNAUD CHANDLER                                                PETITIONER

vs.                                     CIVIL ACTION NO. 3:13-cv-821-DCB-MTP

ARCHIE B. LONGLEY                                               RESPONDENT

<u>ORDER</u>

    This cause came on this date to be heard upon the Report and Recommendation **[docket entry 14]** of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of United States Magistrate Judge Michael T. Parker, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

    IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and for the reasons stated in the Report and Recommendation, Petitioner's Petition **[1]** for a Writ of Habeas Corpus is dismissed with prejudice.

    A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, this the <u> 4th </u> day of December, 2014.

<u>s/David Bramlette          </u>
UNITED STATES DISTRICT JUDGE